UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

RICKIE L. HILL,

                Plaintiff,

vs.

C. ROWLEY, *et al.*,

                Defendants.

Case No.: 3:15-CV-00038-RCJ-CBC

ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge (ECF No. 90[1]) entered on September 26, 2018, recommending that the Court deny Plaintiff's motions (ECF Nos. 69, 70, 77, 83, 84 and 89).  On October 9, 2018, Plaintiff filed Objections to Magistrate Judge's Report and Recommendation (ECF No. 92) and Defendants filed a Response to Plaintiff's Objections to Magistrate Report and Recommendation (ECF No. 93) on October 10, 2018.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 90) entered on September 26, 2018 should be ADOPTED and ACCEPTED.

---

[1] Refers to Court's docket number.

ORDER - 1

1

IT IS HEREBY ORDERED that Plaintiff's motions (ECF Nos. 69, 70, 77, 83, 84

2

and 89) are DENIED.

3

IT IS SO ORDERED.

4

5

Dated this 24TH Day of October, 2018.

6

7

ROBERT C. JONES
Senior District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28