ADAM PAUL LAXALT
  Attorney General
ERIN L. ALBRIGHT, Bar No. 9953
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: (775) 684-1257
E-mail: ealbright@ag.nv.gov

*Attorneys for Defendant Christian Rowley*

```
          FILED          RECEIVED
          ENTERED        SERVED ON
                  COUNSEL/PARTIES OF RECORD

                  NOV 15 2018

          CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
     BY:_____ DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ORDER

| RICKIE L. HILL, | Case No. 3:15-cv-00038-RCJ-VPC |
|---|---|
| Plaintiff, | **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION** |
| v. | |
| C. ROWLEY, *et al.*, | |
| Defendants. | |

Defendant Christian Rowley, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, hereby move for an enlargement of time to file his dispositive motion.

This Motion is based on the following Memorandum of Points and Authorities and the papers and pleadings on file herein.

### MEMORANDUM OF POINTS AND AUTHORITIES

**I.     NATURE OF MOTION**

Defendant hereby moves for an enlargement of time to file his dispositive motion to December 21, 2018.

**II.    BRIEF STATEMENT OF THE CASE**

This is a prison civil rights action brought by Plaintiff, Rickie L. Hill (Hill), asserting a claim for relief under 42 U.S.C. § 1983, and the Fourteenth Amendment to the U.S. Constitution. (ECF No. 4 at 7). Defendants filed a Motion for Summary Judgment on May 1, 2017. (ECF No. 24). This motion was

///

granted as to Hill's equal protection claim and denied as to Hill's sexual harassment claim. (ECF No. 53 at 1). This initial motion for summary judgment did not address qualified immunity.

The dispositive motion deadline in this matter is November 26, 2018.

### III. LEGAL AUTHORITY

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the court may, for good cause, extend the time in which an act must be done if a request is made before the original time or its extension expires. The proper procedure, when additional time for any purpose is needed, is to present the request for extension of time before the expiration of the time for the brief to be filed. Extensions of time may always be asked for, and usually are granted on a showing of good cause if timely made under subdivision (b)(1) of the Rule.

### IV. DISCUSSION

Here, the time to file dispositive motions in this matter has not expired. Defendant submit good cause exists to enlarge the time for filing dispositive motions to December 21, 2018. The undersigned will be out of the office from November 16, 2018 through November 26, 2018. Additionally, the undersigned has a large caseload with pending deadlines, oral arguments, and a settlement conference scheduled from now until December 21, 2018 that will make complying with the November 26, 2018 deadline nearly impossible. Therefore, Defendant asserts good cause exist to enlarge the deadline for Defendant to file his dispositive motion.

### V. CONCLUSION

Based on the foregoing, Defendant respectfully requests this Court enlarge the time to file his dispositive motion to December 21, 2018.

DATED this 13th day of November, 2018.

ADAM PAUL LAXALT
Attorney General

By: /s/ Erin L. Albright
ERIN L. ALBRIGHT
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

*Attorneys for Defendant*

IT IS SO ORDERED
U.S. MAGISTRATE JUDGE
DATED: 11/15/2018