UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE L. HILL,<br><br>    Plaintiff,<br><br>vs.<br><br>C. ROWLEY, *et al.*,<br>    Defendants. | Case No.: 3:15-CV-00038-RCJ-CBC<br><br>ORDER |

  Before the Court is the Report and Recommendation of United States Magistrate Judge Carla B. Carry (ECF No. 112[1]) entered on March 15, 2019, recommending that the Court deny Defendant Rowley's motion for summary judgment (ECF No. 104). No objection to the Report and Recommendation has been filled.

  This action was referred to Judge Carry under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 112) entered on March 15, 2019, should be adopted and accepted.

---

[1] Refers to Court's docket number.

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 112) entered on March 15, 2019, is ADOPTED and ACCEPTED.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment (ECF No. 104) is DENIED.

IT IS SO ORDERED.

Dated this 2ND day of April, 2019.

_____
ROBERT C. JONES
Senior District Judge