# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE L. HILL, | Case No.: 3:15-CV-00038-RCJ-CBC |
| Plaintiff, | |
| vs. | ORDER |
| C. ROWLEY, *et al.*, | |
| Defendant. | |

The Plaintiff has filed a motion, (ECF No. 115) seeking to begin the pretrial process. On April 2, 2019 the Court entered an Order Adopting and Accepting the Report and Recommendation (ECF No. 113), denying Defendant's Motion for Summary Judgment (ECF No. 104). The deadline for the joint pretrial order is 30 days after the dispositive-motion deadline. Accordingly,

IT IS HEREBY ORDERED that the Plaintiff's Motion (ECF No. 115) is GRANTED.

IT IS FURTHER ORDERED that the parties shall file the Joint Pre-Trial Order on or before, 5:00 P.M., Friday, October 11, 2019.

IT IS SO ORDERED this 20th day of September, 2019.

_____
ROBERT C. JONES
Senior District Judge