1

2

3

4

5

6

7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10  RICKIE L. HILL,

11          Plaintiff,

12  v.

13  C. ROWLEY, et al.,

14          Defendants.

15  RICKIE L. HILL,

16          Plaintiff,

17  v.

18  SUNDAY, et al.,

19          Defendants.

20  RICKIE L. HILL,

21          Plaintiff,

22  v.

23  REUBART, et al.,

24          Defendants.

25  RICKIE L. HILL,

26          Plaintiff,

27  v.

28  BOYD, et al.,

        Defendants.

Case No.  3:15-cv-00038-RCJ-CLB

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

1

RICKIE L. HILL,

                    Plaintiff,

v.

DUGAN, et al.,

                    Defendants.
_____

RICKIE L. HILL,

                    Plaintiff,

v.

C. ROWLEY, et al.,

                    Defendants.
_____

RICKIE L. HILL,

                    Plaintiff,

v.

SHARP, et al.,

                    Defendants.
_____

RICKIE L. HILL,

                    Plaintiff,

v.

KERNER, et al.,

                    Defendants.
_____

RICKIE L. HILL,

                    Plaintiff,

v.

C. ROWLEY, et al.,

                    Defendants.

Case No.  3:19-cv-00477-RCJ-WGC

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 1 | RICKIE L. HILL, |
| 2 | Plaintiff, |
| 3 | v. |
| 4 | WICKHAM, et al., |
| 5 | Defendants. |

Case No. 3:19-cv-00505-RCJ-CLB

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 6 | RICKIE L. HILL, |
| 7 | Plaintiff, |
| 8 | v. |
| 9 | WICKHAM, et al., |
| 10 | Defendants. |

Case No. 3:19-cv-00512-RCJ-CLB

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 11 | RICKIE L. HILL, |
| 12 | Plaintiff, |
| 13 | v. |
| 14 | WICKHAM, et al., |
| 15 | Defendants. |

| | |
|---|---|
| 16 | RICKIE L. HILL, |
| 17 | Plaintiff, |
| 18 | v. |
| 19 | WICKHAM, et al., |
| 20 | Defendants. |

| | |
|---|---|
| 21 | RICKIE L. HILL, |
| 22 | Plaintiff, |
| 23 | v. |
| 24 | COLLARD, et al., |
| 25 | Defendants. |

26
27
28

1   RICKIE L. HILL,

2                          Plaintiff,

3   v.

4   ARIAS, et al.,

5                          Defendants.

6   RICKIE L. HILL,

7                          Plaintiff,

8   v.

9   NORIEGA, et al.,

10                         Defendants.

11  RICKIE L. HILL,

12                         Plaintiff,

13  v.

14  C. ROWLEY, et al.,

15                         Defendants.

16  RICKIE L. HILL,

17                         Plaintiff,

18  v.

19  C. ROWLEY, et al.,

20                         Defendants.

21  RICKIE L. HILL,                          Case No.  3:20-cv-00054-RCJ-CLB

22                         Plaintiff,        **STIPULATION AND ORDER FOR
                                             DISMISSAL WITH PREJUDICE**
23  v.

24  LEMEN, et al.,

25                         Defendants.

26

27

28

9

| | |
|---|---|
| 1 | RICKIE L. HILL, |
| 2 | Plaintiff, |
| 3 | v. |
| 4 | LEMEN, et al., |
| 5 | Defendants. |
| 6 | RICKIE L. HILL, |
| 7 | Plaintiff, |
| 8 | v. |
| 9 | RANDS, et al., |
| 10 | Defendants. |

11    IT IS HEREBY STIPULATED by and between Rickie Lee Hill, in proper person, and Defendants,

12  by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands,

13  Senior Deputy Attorney General, hereby stipulate and agree, based upon the Settlement Agreement

14  between the parties, that the above-captioned actions should be dismissed with prejudice by order of

15  this Court, with each party to bear his own costs.

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1   DATED this ⁹ᵗ day of March, 2020.          DATED this ___ day of March, 2020

2                                              AARON D. FORD
3                                              Attorney General
4
5   _____               By: _____
6   RICKIE LEE HILL                            DOUGLAS R. RANDS, Bar No. 3572
    Plaintiff, *Pro Se*                        Senior Deputy Attorney General
7                                              *Attorneys for Defendants*

8

9                                              **IT IS SO ORDERED.**

10
11                                             _____
                                               **UNITED STATES DISTRICT JUDGE**
12
13                                             **DATED:** ——— March 10, 2020 ———

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11