# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICKIE L. HILL,<br><br>Plaintiff,<br><br>v.<br><br>C. ROWLEY, *et al.*,<br><br>Defendants. | Case No. 3:15-CV-00038-RCJ-CLB<br><br>**ORDER STRIKING PLAINTIFF'S MOTION AND PROHIBITING FURTHER DOCUMENTS FROM BEING FILED IN THIS CLOSED CASE**<br><br>[ECF No. 196] |

On October 6, 2026, Plaintiff Rickie L. Hill filed a motion to discontinue residual settlement parcels in this case. (ECF No. 196.) However, this case was closed and the case dismissed *with prejudice* on March 10, 2020, based on the parties' stipulation for dismissal with prejudice. (ECF Nos. 190, 191.) The Court also previously denied a motion filed by Plaintiff after the case was closed, explicitly stating that "[n]o further filings shall be made in this closed case." (ECF No. 193.)

Consequently, **IT IS THEREFORE ORDERED** that Plaintiff's motion, (ECF No. 196), is hereby **STRICKEN** from the record as improper.

**IT IS FURTHER ORDERED** that **no further documents are to be filed in this closed case**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to **return as unfiled** any further documents received in this case.

**IT IS SO ORDERED**.

**DATED**: October 13, 2026.

**UNITED STATES MAGISTRATE JUDGE**